IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHRISTOPHER GOBER,

    Plaintiff,

v.

DEPARTMENT OF COMMUNITY
CORRECTIONS, ERIC SWENSON and
DIANA LAGAR,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-949-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for plaintiff's failure to state a claim upon which relief may be granted under 42 U.S.C. § 1983.

_____      1/23/13
Peter Oppeneer, Clerk of Court           Date